UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
412 UNITED STATES COURTHOUSE
515 W. FIRST ST.
DULUTH, MINNESOTA 55802

CHAMBERS OF
HON. RAYMOND L. ERICKSON

PHONE
(218) 529-3520
FAX
(218) 529-3529

January 25, 2001

To: Mr. Eric Ringsred
701 Arrowhead Rd. W
Duluth, MN 55811

Mr. Robert T. Torgerson
Hanft, Fride, O'Brien, et al.
1000 1st Bank Place
130 W. Superior St.
Duluth, MN 55802

Ms. Mary Alison Lutterman
Duluth City Attorney's Office
Room 410
City Hall Bldg.
Duluth, MN 55802

Mr. James A. Wade
Johnson, Killen & Seiler
230 Superior St. W
Suite 800
Duluth, MN 55802

**LETTER ORDER**

Re: Ringsred, et al. v. City of Duluth, et al.
Civ. No. 00-2241 (RHK/RLE)

Dear Mr. Ringsred and Counsel:

The Court has received three correspondence from the Defendants objecting to the Plaintiffs' Motion to Amend being heard on February 1, 2001, as being untimely filed and not in compliance with Local Rule 7.1(a)(non-dispositive motion practices). The Motion has been stricken because it is in non-compliance with Local Rule 7.1(a).

My Calendar Clerk has informed me that she spoke with Mr. Ringsred and he has secured a new date and time for hearing. Mr. Ringsred has been instructed to re-file and re-serve his Motion papers.

**The Clerk of Court is directed to strike the Motion [Docket No. 18] and all supporting documents [Docket Nos. 19, 20 & 21].**

Raymond L. Erickson
United States Magistrate Judge

cc: Clerk of Court

FILED JAN 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____