**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Eric Ringsred, an individual and a state, federal and local taxpayer, State of Minnesota, by Eric Ringsred, The Family of Eric Ringsred, Deborah, Anna, Miles, Anders and Odin Ringsred,

Plaintiffs,

vs.

Civil No. 00-2241 (RHK/RLE)

**ORDER**

City of Duluth, a municipal corporation, and the following City Officials, individually and in their official capacities, Mayor Gary L. Doty, Cynthia Albright, Assistant City Attorney, Brian Brown, City Attorney, Robert Asleson, Assistant City Attorney, John Schweiger, Special Projects Manager, John Smedberg, Assistant City Attorney, Duluth Economic Development Authority, and its Director, Cynthia Albright, individually and in her official capacity, Team Duluth, Soft Center-Duluth, Inc., Michael McNamara, Duluth Area Chamber of Commerce and David Ross, CEO,

Defendants.

---

Plaintiffs have filed Objections to certain portions of Magistrate Judge Raymond L. Erickson's March 14, 2001 Order and Report and Recommendation. The undersigned has reviewed Judge Erickson's thorough and well reasoned decision and concludes he correctly resolved the issues before him.

APR 25 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 43) are **OVERRULED** and the Order appealed from is **AFFIRMED**.

2. Plaintiff's Motion, in effect, to voluntarily dismiss the claims of Anne, Miles, Anders, and Odin Ringsred (Doc. No. 18) is **GRANTED**.

Dated: April 25, 2001

RICHARD H. KYLE
United States District Judge