**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Eric Ringsred, an individual and a state, federal and local taxpayer, State of Minnesota, by Eric Ringsred, The Family of Eric Ringsred, Deborah, Anna, Miles, Anders and Odin Ringsred,

Plaintiffs,

vs.

Civil No. 00-2241 (RHK/RLE)

**ORDER**

City of Duluth, a municipal corporation, and the following City Officials, individually and in their official capacities, Mayor Gary L. Doty, Cynthia Albright, Assistant City Attorney, Brian Brown, City Attorney, Robert Asleson, Assistant City Attorney, John Schweiger, Special Projects Manager, John Smedberg, Assistant City Attorney, Duluth Economic Development Authority, and its Director, Cynthia Albright, individually and in her official capacity, Team Duluth, Soft Center-Duluth, Inc., Michael McNamara, Duluth Area Chamber of Commerce and David Ross, CEO,

Defendants.

---

The Motion to Dismiss, filed on behalf of certain Defendants, and scheduled for hearing before the undersigned on May 24, 2001 in Duluth, Minnesota, is referred to Magistrate Judge Raymond L. Erickson for a recommended disposition. The May 24 hearing is canceled, but the parties are directed to complete the briefing of the

FILED APR 30 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

pending motion as though the May 24 hearing was still in effect. Judge Erickson will advise the parties of a new hearing date should he be of the opinion that a hearing is appropriate.

Dated: April 30, 2001

RICHARD H. KYLE
United States District Judge