UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Eric Ringsred, an individual and a state, federal and local taxpayer, State of Minnesota, by Eric Ringsred, the family of Eric Ringsred, Deborah, Anna, Miles, Anders and Odin Ringsred,

Plaintiffs,

vs.

NOTICE OF HEARING

City of Duluth, a municipal corporation, and the following City Officials, individually and in their official capacities, Mayor Gary L. Doty, Cynthia Albright, Assistant City Attorney, Brian Brown, City Attorney, Robert Asleson, Assistant City Attorney, John Schweiger, Special Projects Manager, John Smedberg, Assistant City Attorney, Duluth Economic Development Authority, and its Director, Cynthia Albright, individually and in her official capacity, Team Duluth, Soft Center-Duluth, Inc., Michael McNamara, Duluth Area Chamber of Commerce and David Ross, CEO,

Defendants.

Civ. No. 00-2241 (RHK/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 3rd day of May, 2001.

* * *

54

FILED MAY 03 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Pursuant to Title 28 U.S.C. §636(b)(1)(B) and and Order of Reference dated April 30, 2001, the Motion to Dismiss, filed on behalf of certain Defendants, is set for Hearing before the undersigned on **Thursday, May 31, 2001, at 10:30 a.m.**, in Court Room 3, United States Courthouse, 515 West First St., Duluth, Minnesota. The parties' attention is directed to LR7.1(b), Civil Motion Practice.

BY THE COURT:

Raymond L Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE