**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Eric Ringsred, an individual and a state, federal and local taxpayer, State of Minnesota, by Eric Ringsred, The Family of Eric Ringsred, Deborah, Anna, Miles, Anders and Odin Ringsred,

Plaintiffs,

vs. Civil No. 00-2241 (RHK/RLE)

City of Duluth, a municipal corporation, and the following City Officials, individually and in their official capacities, Mayor Gary L Doty, Cynthia Albright, Assistant City Attorney, Brian Brown, City Attorney, Robert Asleson, Assistant City Attorney, John Schweiger, Special Projects Manager, John Smedberg, Assistant City Attorney, Duluth Economic Development Authority, and its Director, Cynthia Albright, individually and in her official capacity, Team Duluth, Soft Center-Duluth, Inc., Michael McNamara, Duluth Area Chamber of Commerce and David Ross, CEO,

**ORDER**

Defendants.

---

This Court's Order dated October 12, 2001 (establishing a December 17, 2001 trial ready date and a schedule for submission of trial materials) is **VACATED**. The above matter is **REMOVED** from the Court's active trial calendar until further Order of the Court.

Dated: November 9, 2001

RICHARD H. KYLE
United States District Judge

NOV 09 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK