UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Eric Ringsred, an individual and a state, federal and local taxpayer, State of Minnesota, by Eric Ringsred, The Family of Eric Ringsred, Deborah, Anna, Miles, Anders and Odin Ringsred,

Plaintiffs,

vs.

Civil No. 00-2241 (RHK/RLE)

City of Duluth, et al.,

**ORDER**

Defendants.

---

Before the Court are Plaintiffs' Objections to the October 22, 2001 Report and Recommendation (R&R) of Magistrate Judge Raymond L. Erickson.

This Court has conducted the required de novo review of the objected to portions of the R&R and is satisfied that Judge Erickson's recommended disposition is fully supported by the record before him and by controlling legal precedent. The R&R is thorough and the legal analysis sound.

Upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 121) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 118) is **ADOPTED**;

3. The Motion of the Government Defendants[1] to Dismiss the Plaintiffs' Complaint for lack of subject matter jurisdiction (Doc. No. 48) is **GRANTED**;

---

[1]City of Duluth, Gary Doty, Cynthia Albright, Bryan Brown, Robert Asleson, John Schweiger, John Smedberg, and Duluth Economic Development Authority.

FILED NOV 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD NOV 26 2001
DEPUTY CLERK

4. The Motion of the Soft Center Defendants[2] for Summary Judgment (Doc. No. 83) is **GRANTED**;

5. The Motion of the Chamber Defendants[3] for Summary Judgment (Doc. No. 94) is **GRANTED**; and

6. The Complaint is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 26, 2001

RICHARD H. KYLE
United States District Judge

---

[2]Center-Duluth, Inc. and Michael McNamara.

[3]Duluth Area Chamber of Commerce, Team Duluth, David Ross and Michael McNamara.

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995