# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Eric Ringsred, an individual and a state, federal and local taxpayer, State of Minnesota, by Eric Ringsred, The Family of Eric Ringsred, Deborah, Anna Miles, Anders and Odin Ringsred

Case No. Civil 00-2241 RHK/RLE

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

City of Duluth, et al.,

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the objections are overruled. The Report and Recommendation is adopted. The motion of the Government Defendants to dismiss the Plaintiffs' complaint for lack of subject matter jurisdiction is granted. The motion of the soft Center Defendants for summary judgment is granted. The motion of the Chamber Defendants for summary judgment is granted. The complaint is dismissed with prejudice.

DATE: November 26, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk