**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Eric Ringsred, an individual and a state, federal and local taxpayer, State of Minnesota, by Eric Ringsred, The Family of Eric Ringsred, Deborah, Anna, Miles, Anders and Odin Ringsred,

Plaintiffs,

vs. Civil No. 00-2241 (RHK/RLE)

City of Duluth, et al.,

**ORDER**

Defendants.

---

This matter came before the Court upon Defendants' Amended Motion for Cost Bond pursuant to Fed. R. Civ. App. P. 7. Upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Government Defendants' Amended Motion for Cost Bond is **GRANTED**;

2. Plaintiffs Eric and Deborah Ringsred shall file with the Clerk of the Court security in the amount of $700.00 for purposes of guaranteeing payment of taxable costs on appeal. Said security may be cash in the amount of $700.00 or a Cost Bond securing said amount.

3. Said security shall be filed on or before February 4, 2002.

Dated: January 17, 2002

RICHARD H. KYLE
United States District Judge

FILED JAN 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK