## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Eric Ringsred, an individual and a state, federal and local taxpayer, State of Minnesota, by Eric Ringsred, The Family of Eric Ringsred, Deborah, Anna, Miles, Anders and Odin Ringsred, | Civil No. 00-2241 (RHK/RLE) **ORDER** |
| Plaintiffs, | |
| vs. | |
| City of Duluth, et al., | |
| Defendants. | |

_____

Pursuant to the Court's Order (Doc. No. 133), Plaintiff Eric Ringsred deposited $700.00 as a cost bond with the Clerk of the Court (Doc. No. 134) on February 8, 2002. This case has been closed and no claim has been asserted for said $700.00; therefore, **IT IS ORDERED** that the Clerk of Court shall return said $700.00 to Eric Ringsred at his last known address.

Dated: March 8, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge